# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY LEONARD FLOYD,           :
                                 :
    Plaintiff                    :  CIVIL ACTION NO. 3:15-1691
                                 :
    v                            :
                                 :  (JUDGE MANNION)
DEPT. OF CORR. , et al.,         :
                                 :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to follow a court order.

2. Defendants' motion to dismiss or for a more definite statement (Doc. 21) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                s/ *Malachy E. Mannion*
                **MALACHY E. MANNION**
                **United States District Judge**

**Dated:** August 15, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1691-01-ORDER.wpd